IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORRIS LEE WHITAKER,                    )
                                        )
            Petitioner,                 )        No. C 05-5065 CRB (PR)
                                        )
    vs.                                 )        ORDER DENYING
                                        )        CERTIFICATE OF
JAMES E. HALL, Warden,                  )        APPEALABILITY
                                        )
            Respondent.                 )        (Docs # 51 & 52)
                                        )
_____)

        Petitioner has filed a motion for an extension of time to file an application for a certificate of appealability (COA) under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b), and an actual application for a COA.

        Good cause shown, petitioner's request for an extension (doc # 51) is GRANTED.  But the application for a COA (doc # 52) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

        Because the application for a COA is construed in part as a notice of appeal, the clerk is instructed to forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED: SEP 2 5 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.05\Whitaker1.coa.wpd