**FILED**

UNITED STATES COURT OF APPEALS

JUL 16 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORRIS LEE WHITAKER, | No. 08-17156 |
| Petitioner - Appellant, | D.C. No. 3:05-cv-05065-CRB |
| v. | Northern District of California, San Francisco |
| JAMES E. HALL, | ORDER |
| Respondent - Appellee. | |

Before: SCHROEDER and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions and requests are denied as moot.

dk/COA